| | | | |
|---|---|---|---|
| O'Brien v. Ohio Casualty Insurance Company | 2002 MDA 2015 Affirmed | 10/25/2016 | 2002–06690 (Lackawanna) |
| Com. v. Shouey | 2208 MDA 2015 Affirmed | 10/25/2016 | CP–14–CR–0001340– 2011 (Centre) |
| Com. v. Hopkins | 2277 MDA 2015 Affirmed | 10/25/2016 | CP–22–CR–0004161– 2005 (Dauphin) |
| Com. v. Serrano | 697 MDA 2016 Affirmed | 10/25/2016 | CP–60–CR–0000063– 2014 (Union) |
| Miller v. Puccio | 897 WDA 2015 Affirmed | 10/25/2016 | Docket No. AR 13– 004384 (Allegheny) |
| Com. v. Herring [34] | 1439 WDA 2015 Affirmed and Remanded | 10/25/2016 | CP–11–CR–0001691– 2014 (Cambria) |
| Com. v. McCluskey | 1518 WDA 2015 Affirmed | 10/25/2016 | CP–03–CR–0000650– 2014 (Armstrong) |
| Ochakovskiy v. Khalmatova | 1522 WDA 2015 Affirmed, Vacated and Remanded | 10/25/2016 | Case No. FD–08– 008120–017 (Allegheny) |
| Ochakovskiy v. Khalmatova | 1636 WDA 2015 Affirmed, Vacated and Remanded | 10/25/2016 | F.D. 08–008120 (Allegheny) |
| Bowersox v. Hathaway | 357 WDA 2016 Affirmed | 10/25/2016 | Docket No. 10093– 2016 (Erie) |
| Com. v. Johnson | 420 WDA 2016 Affirmed | 10/25/2016 | CP–25–CR–0002847– 2014 (Erie) |
| Com. v. Johnson | 421 WDA 2016 Affirmed | 10/25/2016 | CP–25–CR–0002848– 2014 (Erie) |
| Com. v. Taylor | 423 WDA 2016 Affirmed | 10/25/2016 | CP–25–CR–0002564– 2015 (Erie) |
| Com. v. Bailey [35] | 677 WDA 2016 Affirmed | 10/25/2016 | CP–02–CR–0008915– 2004 CP–02–CR–0011831– 2004 (Allegheny) |
| Com. v. In | 3021 EDA 2013 Vacated and Remanded | 10/26/2016 | CP–51–CR–0004829– 2007 (Philadelphia) |

**34.** Petition for reargument denied January 05, 2017.
**35.** Petition for reargument denied December 15, 2016.